MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:5:18-cv-11371
Judge: Levy, Judith E.
MJ: Stafford, Elizabeth A.
Filed: 05-01-2018 At 03:05 PM
CMP GENRE BROGUE V MEGHAN BRENNAN, ET AL (LG)

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: GEN. Genero Brogue, Semi-Retired U.S. Army Officer
- Street Address: 2710 W. Chicago Blvd. - Apt. #105B
- City and County: Detroit (Wayne)
- State and Zip Code: Michigan 48206-1788
- Telephone Number: 1(313)694-2387
- E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Meghan Brennan
- Job or Title (if known): U.S. Postmaster General
- Street Address: 475 L'Enfant Plaza, SW.
- City and County: Washington (District of Columbia)
- State and Zip Code: DC 20220
- Telephone Number: 1(202) 268-2000
- E-mail Address (if known):

Defendant No. 2
- Name: U.S. Department of the Treasury
- Job or Title (if known): Assistant/Acting Treasurer of the U.S.A.
- Street Address: 1500 Pennsylvania Avenue, NW
- City and County: Washington
- State and Zip Code: DC 20220
- Telephone Number: 1(202) 622-2000
- E-mail Address (if known):

2

Defendant No. 3

    Name: U.S. Defense Department
    Job or Title (if known): Secretary of the U.S. Defense Department
    Street Address: c/o The White House, 1600 Pennsylvania Ave., NW
    City and County: Washington
    State and Zip Code: DC 20500-
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name: Office of the U.S. Attorney General
    Job or Title (if known): U.S. Attorney General & Department of Justice
    Street Address: 10th & Pennsylvania Ave., NW
    City and County: Washington
    State and Zip Code: DC 20530-
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: GEN'. Genre Brogue, Semi Retired U.S. Army Off.
- Street Address: 2710 W. Chicago Blvd. Apt. #105-B
- City and County: Detroit (Wayne)
- State and Zip Code: MI 48206-1788
- Telephone Number: 1 (313) 694-2387
- E-mail Address:

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 5

- Name: U.S. Attorney
- Job or Title (if known):
- Street Address: 211 West Fort St. - Ste. 2300
- City and County: Detroit (Wayne)
- State and Zip Code: MI 48226
- Telephone Number:
- E-mail Address (if known):

Defendant No. 6

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

My Civil Rights are being grossly violated.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* GEN. Genre Brogue, Semi Retired U.S. Army Officer
    is a citizen of the State of *(name)* Michigan.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* N A,
    is incorporated under the laws of the State of *(name)*
    N A, and has its principal place of business in the
    State of *(name)* N A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the
    State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation
    The defendant, *(name)* Meghan Brennan, U.S. Postmaster General, is incorporated
    under the laws of the State of *(name)* _____, and
    has its principal place of business in the State of *(name)*
    District of Columbia. Or is incorporated under the laws of
    *(foreign nation)* _____, and has its principal place
    of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy  Undetermined

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Due to the longstanding problem of my first class mail being missent by U.S. Postal Employees without any authorization on file, I leave the amount due me for actual/real & punitive damages to the discretion of the Court as outlined by the Federal Government.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

For several decades I have been the victim of fraudulent Changes-of-Addresses which have caused undetermined financial as well as personal losses. My business and family ties have been severed and disarrayed because nothing has been done to rectify the complaints filed with local post offices and Postal Inspectors.

Other individuals have attested to this long-standing predicament, e.g., former Jdg. EE Nance of 36th District Court in Detroit, MI, former U.S. Atty. General Mrs. Janet Reno, Keough Retirement Plan, etc.

Apparently everything of value is being pilfered from my mail as well as other methods of delivery including UPS and Fex-Ex as well as bank account statements, checks, ATM cards, etc.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As stated previously, I leave the amount of the damages due me to be determined by the Court within U.S. Government guidelines for a period spanning over the decades.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Wednesday, March 28, 2018.

Signature of Plaintiff   AEN: Gene Brogue, Semi Retired 6 Star Army Officer
Printed Name of Plaintiff   GEN' Gene Brogue, Semi Retired 6 Star U.S. Army Off.
(In Pro Chr) ID # 50999

6

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF **A** GEN: Brogue, 6 Star Army Officer / JD#5099 | COURT CASE NUMBER **B** |
| DEFENDANT **C** ~~U.S. Postal Service~~ Meghan Brennan, Postmaster General / Et al | TYPE OF PROCESS **D** |

SERVE AT:
- **E** U.S. Postal Service
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
- **F** 475 L'Enfant Plaza, SW / Washington, DC 20220

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

**G** ~~Cpl. Reporter~~ Gen: Genro Brogue, 6 Star U.S. Army Off. 2710 W. Chicago Blvd.-Apt #105B Detroit, MI 48206-~~2708~~

| | |
|---|---|
| Number of process to be served with this Form 285 | **H** 5 |
| Number of parties to be served in this case | **I** 5 |
| Check for service on U.S.A. | **J** |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**K** Co-Defendants Names and Addresses Attached.

Signature of Attorney other Originator requesting service on behalf of: **L** Gen: Genro Brogue, 6 Star Army Off / In-Pro-Cur, JD#5099

**M** ☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER **N** 1(313) 694-2387

DATE **O** 03/28/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date / Time ☐ am ☐ pm |

Filing your Lawsuit in Federal Court   [18]   Revised: October 2017

UNITED STATES DISTRICT COURT
OF SOUTHEASTERN MICHIGAN

PROCESS RECEIPT AND RETURN CONTINUED

**Receipt 1 (7006 3510 0003 0100 6613):**
- Postage: $.50
- Certified Fee: 3.35
- Return Receipt Fee: 2.75
- Total Postage & Fees: $6.60
- Sent To: Megan Brennan, U.S. Postmaster General, 475 L'Enfant Plaza, S.W., Washington, DC 20260

**Receipt 2 (7006 3510 0003 0100 6644):**
- Postage: $.50
- Certified Fee: 3.35
- Return Receipt Fee: 2.75
- Total Postage & Fees: $6.60
- Sent To: Office of the U.S. Attorney General, US Dept of Justice, 950 Pennsylvania Ave. N.W., Washington, DC 20530

**Receipt 3 (7007 1490 0000 3804 1820):**
- Postage: $.50
- Certified Fee: 3.35
- Return Receipt Fee: 2.75
- Total Postage & Fees: $6.60
- Sent To: U.S. Attorney, 211 West Fort St. - Ste 2300, Detroit, MI 48226

**Receipt 4 (7006 3510 0003 0100 6651):**
- Postage: $.50
- Certified Fee: 3.35
- Return Receipt Fee: 2.75
- Total Postage & Fees: $6.60
- Sent To: U.S. Government Acting/Asst Secretary of the Treasury, 1500 Pennsylvania Ave. SW, Washington, DC 20220

**Receipt 5 (7006 3510 0003 0100 6637):**
- Postage: $.50
- Certified Fee: 3.35
- Return Receipt Fee: 2.75
- Total Postage & Fees: $6.60
- Sent To: U.S. Secretary of Defense, c/o The White House, 1600 Pennsylvania Ave NW, Washington DC 20500

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Gen: Genre Brogue, Six Star U.S. Army Off.

**DEFENDANTS**
U.S. Postmaster General Meghan Brennan, et al

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
In-Pro-Cur, JD #50999
2710 W. Chicago Blvd. - Apt #105B
Detroit, MI 48206-1786
(Tel. No: 1(313)694-2387)

Case: 5:18-cv-11371
Judge: Levy, Judith E.
MJ: Stafford, Elizabeth A.
Filed: 05-01-2018 At 03:05 PM
CMP GENRE BROGUE V MEGHAN BRENNAN, ET AL (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)* [circled]
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)* and One Box for Defendant

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☒ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☒ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS - PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☒ 450 Commerce
- ☒ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Longstanding theft operations

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** Undetermined
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*: JUDGE _____ DOCKET NUMBER _____

**DATE**: March 28, 2018
**SIGNATURE OF ATTORNEY OF RECORD**: In-Pro-Cur
Gen. Genre Brogue, Semi Retired Six Star U.S. Army Officer / JD #50999

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

